NICHOLAS M. WAJDA
(State Bar #259178)
Attorney Email Address: nick@wadjalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALLIE M. ESCOBEDO,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 3:20-cv-02533-CAB-MDD<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that SALLIE M. ESCOBEDO ("Plaintiff") and GC SERVICES LIMITED PARTNERSHIP ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: March 12, 2021                                   Respectfully submitted,

**SALLIE M. ESCOBEDO**

By: */s/ Nicholas M. Wajda*
NICHOLAS M. WAJDA
(State Bar #259178)
Attorney Email Address:
nick@wadjalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433

1

## **CERTIFICATE OF SERVICE**

    I, Nicholas M. Wajda, certify that on March 12, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

                                          /s/ *Nicholas M. Wajda*