**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
3111 Camino Del Rio North
Suite 400
San Diego, California 92108
+1 310-997-0471
nick@wajdalawgroup.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SALLIE M. ESCOBEDO,

               Plaintiff,

     v.

GC SERVICES LIMITED PARTNERSHIP,

               Defendant.

Case No.  3:20-cv-02533-CAB-MDD

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the Plaintiff, SALLIE M. ESCOBEDO, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, GC SERVICES LIMITED PARTNERSHIP, with prejudice, with all parties to bear their own attorney's fees and cost.

DATED: April 26, 2021

          */s/ Nicholas M. Wajda*
          **WAJDA LAW GROUP, APC**
          Nicholas M. Wajda (Cal. Bar No. 259178)
          3111 Camino Del Rio North
          Suite 400
          San Diego, California 92108
          +1 310-997-0471
          nick@wajdalawgroup.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28